**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
UNITED STATES OF AMERICA,       )
                               )
            v.                  )  Criminal Action No. 00-425 (RWR)
                               )
HAROLD HILL,                    )
                               )
            Defendant.          )
_____)
```

## ORDER

The Probation Office filed a petition alleging that defendant Harold Hill violated conditions of his supervised release. Magistrate Judge Alan Kay issued a report on April 8, 2015, recommending that Hill be monitored for a period of 30 days, with a curfew at the discretion of the Probation Officer. No party filed any objections to the recommendation. The recommendation is fair and just. Accordingly, it is hereby

ORDERED that the report and recommendation [781] of the magistrate judge be, and hereby is, ADOPTED. The defendant shall undergo electronic monitoring for 30 days with a curfew at the discretion of the Probation Officer to meet the defendant's work schedule. Costs of monitoring are waived.

SIGNED this 24th day of April, 2015.

```
                    _____/s/_____
                    RICHARD W. ROBERTS
                    Chief Judge
```